**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq. (SBN 6718)
Caleb L. Green, Esq. (SBN 15234)
3883 Howard Hughes Parkway, Ste. 800
Las Vegas, NV 89169-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: calexander@dickinsonwright.com
Email: cgreen@dickinsonwright.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JONOSHA BOOTH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DROCK GAMING, LLC, dba THE D LAS VEGAS, a Domestic Limited Liability Company; SECURITY OFFICER MATTHEW; DOES I through XX; ROE BUSINESS ENTITIES, I through XX,<br><br>Defendants. | Case No: 2:19-cv-01589-APG-BNW<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the undersigned, counsel of record for Plaintiff Jonosha Booth ("Plaintiff"), Defendants DROCK Gaming, LLC ("DROCK") and Defendant Maxwell Pillen, incorrectly named as "Security Officer Matthew," (collectively "Parties") hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED by and between the Parties to withdraw the Defendants' Motion to Dismiss and/or For Summary Judgment (ECF No. 19) filed September 21, 2020.

IT IS HEREBY AGREED AND STIPULATED by and between the Parties to dismiss all claims and causes of action alleged in the Complaint, known or unknown, against one another with prejudice.

1


IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated December 21, 2020 | Dated December 21, 2020 |
| MUELLER & ASSOCIATES, INC. | DICKINSON WRIGHT PLLC |
| By: */s/ Craig A. Mueller* | By: */s/ Cynthia L. Alexander* |
| Craig A. Mueller, Esq.<br>Nevada Bar No.: 4703<br>808 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | Cynthia L. Alexander, Esq.<br>Nevada Bar No.: 6718<br>Caleb L. Green, Esq.<br>Nevada Bar No.: 15234<br>3883 Howard Hughes Pkwy, Ste. 800<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   December 22, 2020

## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 21st day of December 2020, he caused a copy of the foregoing **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** to be served electronically through the Court's CM/ECF system on all parties of interest as follows:

Craig A. Mueller, Esq.
Mueller & Associates, Inc.
723 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

/s/ Mark A. Mangiaracina
An Employee of Dickinson Wright PLLC